No. 93–6730. SANDERS *v.* BUNNELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–6732. JOHNSON *v.* ROSEMEYER, SUPERINTENDENT, PENNSYLVANIA STATE CORRECTIONAL INSTITUTION AT GREENSBURG, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–6733. JOHNSON *v.* SHILLINGER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–6735. GOINES ET AL. *v.* JAMES ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 93–6736. ZACK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6737. ZUCKERMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–6738. BERG *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6739. LOGAN *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 93–6740. RAMOS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6742. MOLAND *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–6744. PIFER *v.* BUNNELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–6745. CLARK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6746. CRAWFORD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6748. SCAIFE *v.* HANNIGAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.